UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEY KURT HAIRSTON,<br><br>Petitioner,<br><br>v.<br><br>JERRY BROWN, et al.,<br><br>Respondents. | No. 2:14-cv-1003 GGH P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner is presently incarcerated at Wasco State Prison in Kern County. He is serving a sentence for a conviction rendered by the Riverside County Superior Court in Indio, California.[1]

The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). In the instant case, petitioner's conviction occurred in an area covered by the District Court for the Central District of California.

/////

---

[1] The petition is difficult to decipher, but appears to challenge a conviction from Riverside County.

1

1     Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that: this matter is
2 transferred to the United States District Court for the Central District of California. Id. at 499
3 n.15; 28 U.S.C. § 2241(d).
4 Dated: May 21, 2014

5                                 /s/ Gregory G. Hollows
6                          UNITED STATES MAGISTRATE JUDGE

7 GGH:076/md; hair1003.108a

2