# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEY KURT HAIRSTON,<br><br>    Petitioner,<br><br>    v.<br><br>GOV. JERRY BROWN, et al.,<br><br>    Respondents. | NO. EDCV 14-1037-RGK (MAN)<br><br>JUDGMENT |

    Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

    IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 29, 2014

*Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE